IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIKI EARL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | MISC.  ACTION NO. 10-0536 |
| | § | |
| EXXON, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

The plaintiff, Mariki Earl, is a frequent litigant in federal court.  He has filed a number of prior suits that were dismissed for want of prosecution or frivolousness.  *See, e.g., Earl v. Fort Bend County*, H-10cv1864 (dismissed as frivolous on July 22, 2010)*; Earl v. Fort Bend County Jail*, H-09cv3094 (dismissed as frivolous on April 9, 2010)*; Earl v. Comcast, Inc.*, H-08cv3228 (dismissed as frivolous on November 12, 2008); *Earl v. Social Security Admin.*, H-02cv2705 (dismissed for want of prosecution on October 29, 2002); *Earl v. State of Texas*, H-01cv264 (dismissed for want of prosecution on October 24, 2001); *Earl v. McGee*, H-99cv3710 (dismissed as frivolous on March 9, 2001).  He has been warned, repeatedly, that filing such frivolous complaints may result in sanctions.  He has ignored those warnings.

The present case is similar to his prior filings.  Earl sues ExxonMobil, "Velaro," Chevron, Texaco, and Conoco Phillips, alleging a "price-fixxing, price gouging" conspiracy and seeking damages and "sanctions and injunctions to drive the market down to size of what the economy allows the average customer to expend."  Earl seeks damages or a settlement ranging from $150 million to $15 billion and asks the court to enter an order for "coatial resolution."  (Docket Entry

No. 1-1). Earl also sues a Lt. Rowland, asserting problems "easing myself of the pain." He seeks release on "bail affordable" or time served, so he can receive "competent" medical treatment and be relieved from "duress." (Docket Entry No. 12).

Given Earl's litigation history and the nature of his current allegations, his suit is frivolous on its face. His motions to receive physical addresses of the defendants, (Docket Entry No. 2), for a court-ordered mediation, (Docket Entry No. 3), requesting superior court intervention, (Docket Entry No. 12), and seeking an emergency hearing, (Docket Entry No. 13), and his motion for leave to proceed *in forma pauperis*, (Docket Entry No. 1), are denied. The relief he seeks is denied. This case is dismissed.

Because Earl cannot refrain from filing repeated, frivolous complaints, he is ordered not to file any further pleadings, motions, or lawsuit in the federal district court for the Southern District of Texas unless he obtains, in advance, permission from the Chief Judge of the Southern District of Texas. The Clerk of Court is notified that this preclusion order has been entered.

SIGNED on January 21, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judg